UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

HECTOR MIGUEL HERRERA-MORENO,

        Petitioner,

v.

KEVIN RAYCRAFT et al.,

        Respondents.

_____/

Case No. 1:26-cv-341

Honorable Jane M. Beckering

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's motion for a temporary restraining order (ECF No. 2)

**DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's motion to expedite consideration (ECF

No. 3) is **DISMISSED** as moot.

Dated:   February 19, 2026        /s/ Jane M. Beckering
                                     Jane M. Beckering
                                     United States District Judge